1  Jeremy T. Bergstrom, Esq.                                              E-filed on July 9, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV 89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-93090

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7                         **UNITED STATES BANKRUPTCY COURT**
                                **DISTRICT OF NEVADA**
8
   In Re,                                              BK No.: BK-S-09-19206-BAM
9
   EDGARDO MONCADA AND ALMA                            Chapter 13
10 MONCADA,
                                                       **REQUEST FOR SPECIAL NOTICE**
11              Debtor(s).

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
13
            PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and
14
   Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA
15
   COUNTRYWIDE HOME LOANS SERVICING, LLP, requests that all notices given in this
16
   case and all papers served or required to be served in this case (including, but not limited to,
17
   Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset
18
   Report), be given to and served upon the undersigned at the following address and telephone
19
   number.
20
            Jeremy T. Bergstrom, Esq.
21          MILES, BAUER, BERGSTROM & WINTERS, LLP
            2200 Paseo Verde Pkwy., Suite 250
22          Henderson, NV 89052
            PH (702) 369-5960
23
                                        MILES, BAUER, BERGSTROM & WINTERS, LLP
24
   Dated:   July 8, 2009           By:   /s/ Jeremy T. Bergstrom, Esq.
                                         Jeremy T. Bergstrom, Esq.
                                         Attorney for Secured Creditor
                                                1

## **CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   July 9, 2009  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Jorge L. Sanchez
Sanchez Law Group
930 S. Fourth Street #211
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Stacey L. Werner
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93090/rfsnlv.dot/slw)**

2