Entered on Docket
February 24, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, as Trustee for MANA 2007-A3
09-74028

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-19206-bam |
| Edgardo Moncada and Alma Moncada | Date: 2/9/10<br>Time: 1:30pm |
| Debtor. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, as Trustee for MANA 2007-A3, its assignees and/or successors in interest, of the subject property, generally described as 1487 Brasswood St., Las Vegas, NV 89110.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1   IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded
2   against this particular property there can be no sale for ninety (90) days, allowing the Debtor(s) to
3   submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the
4   Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they
5   have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program
6   pursuant to Rule 6 of said program. The necessary information can be accessed at
7   http://www.nevadajudiciary.us/.

DATED this ____ day of _____, 2010.

Submitted by:
WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Jorge L. Sanchez
930 S. Fourth St., #211
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
___ The court waived the requirements of LR 9021.
___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
___ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
___ approved the form of this order           ___ disapproved the form of this order
___ waived the right to review the order and/or   _x_ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order           ___ disapproved the form of this order
___ waived the right to review the order and/or   _x_ failed to respond to the document

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
___ approved the form of this order           ___ disapproved the form of this order
___ waived the right to review the order and/or   ___ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order           ___ disapproved the form of this order
___ waived the right to review the order and/or   ___ failed to respond to the document

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor